HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CANYON ESTATES CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,

   Plaintiff,

  v.

ATAIN SPECIALTY INSURANCE COMPANY; INDIAN HARBOR INSURANCE COMPANY; WESTCHESTER SURPLUS LINES INSURANCE COMPANY; AND GREAT LAKES INSURANCE, SE,

   Defendant.

Case No. 2:18-cv-01761-RAJ

ORDER

  This matter is before the Court on Defendant Great Lakes' objections to the order granting in part and denying in part Plaintiff's motion to compel. Dkt. # 90.

  Great Lakes makes three objections to Magistrate Judge Theiler's order. First, Great Lakes objects to the magistrate's determination that attorney-client privilege does not apply to the to the documents listed in Great Lakes' privilege log entries 5, 6-9, 10-16, 18-22, and 24-69. Second, Great Lakes objects to the magistrate's determination that the work product protections of Fed. R. Civ. P. 26 do not apply to the to the documents listed in Great Lakes' privilege log entries 5-16, 18-24, 32-34, 36, 38, 42, 46, 47-48, 59-61, 65-67, 69-70, 72. And third, Great Lakes objects to the magistrate's order compelling the

ORDER – 1

deposition of Great Lakes' outside counsel, Michael Hooks.

Although the Court finds no error in the magistrate's analysis, the Court will order an *in camera* review of the documents at issue above. If the assertions of privileges prove to be baseless after review, the Court may exercise its discretion to issue sanctions. *Rachel v. Banana Republic, Inc*., 831 F.2d 1503, 1508 (9th Cir. 1987).

Great Lakes is ORDERED to submit the documents listed above for *in camera* review no later than **4:00pm** on **Monday, January 13, 2020**. In an abundance of caution, the Court will issue a temporary stay of the magistrate's order pending review.

DATED this 10th day of January 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2