HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CANYON ESTATES CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATAIN SPECIALTY INSURANCE COMPANY; INDIAN HARBOR INSURANCE COMPANY, WESTCHESTER SUPRLUS LINES INSURANCE COMPANY and GREAT LAKES INSURANCE, SE,<br><br>Defendants. | Case No. 2:18-cv-01761-RAJ<br><br>**STIPULATION AND PROPOSED ORDER BARRING CLAIMS BY NON-SETTLING THIRD PARTY DEFENDANT INSURERS AGAINST DEFENDANT ATAIN SPECIALTY INSURANCE COMPANY AND DISMISSING ATAIN WITH PREJUDICE** |

## **STIPULATION**

Defendant Atain Specialty Insurance Company ("Atain") has reached a settlement with Plaintiff Canyon Estates Condominium Association ("Association"), which settlement concludes all claims and issues between the Association and Atain raised in this lawsuit. Under the terms of the Settlement Agreement, Atain has paid the Association $2,100,000 in compromise of the disputed claims regarding Atain's handling of the Association's loss. **Exhibit A.** In exchange, the Association agreed to release Atain from and against all claims. *Id*.

Atain filed a Motion for Order Barring Contribution Claims by Non-Settling Defendants on February 11, 2020 (Dkt. 134). The motion was set for hearing on February 28, 2020. Plaintiff joined in that Motion (Dkt. 136). The motion was first re-noted for hearing on March 6, 2020 (Dkt. 137); and has now been re-noted to March 13, 2020 (Dkt. 140).

STIPULATION AND PROPOSED ORDER
BARRING CLAIMS AND DISMISSING ATAIN
WITH PREJUDICE CASE NO. 2:18-cv-01761-RAJ

1

Mokri Vanis & Jones, LLP, 4100 Newport
Place Dr., Ste. 840, Newport Beach, CA 92660
(949) 226-7040

The Association, and the remaining defendants in this Action, Atain, Indian Harbor Insurance Company and Great Lakes Insurance, SE, now wish to stipulate to the entry of a similar claim bar order as entered with respect to the Association's settlement with Westchester (Dkt. 130).

The parties now stipulate that a similar claim-bar Order be issued with respect to the settlement reached by the Association and Atain and that Atain be dismissed from this case with prejudice and without costs to any party.

Below is a proposed form of Order. Below is a proposed form of Order.

Dated: March 6, 2020

MOKRI VANIS & JONES, LLP

/s/ *GailAnn Y. Stargardter*
GailAnn Y. Stargardter
410 Newport Place Drive, Suite 840
Newport Beach, CA 92660
Tel: (949) 226-7040
Fax: (949) 226-7150
Email: gstargardter@mvjllp.com

*Attorneys for Defendant ATAIN SPECIALTY INSURANCE COMPANY*

Approved as to form by:

ASHBAUGH BEAL

By: */s/ Jesse D. Miller*
Jesse D. Miller
Zachary O. McIsaac
Jocelyn J. Whiteley
701 5th Avenue, Suite
Seattle, WA 98104
Tel: (208) 386-5900
Fax: (208) 344-7400
Email: jmiller@ashbaughbeal.com
zmcisaac@ashbaughbeal.com
jwhiteley@ashbaughbeal.com
*Attorneys for Plaintiff*

STIPULATION AND PROPOSED ORDER
BARRING CLAIMS AND DISMISSING ATAIN
WITH PREJUDICE CASE NO. 2:18-cv-01761-RAJ

2

Mokri Vanis & Jones, LLP, 4100 Newport
Place Dr., Ste. 840, Newport Beach, CA 92660
(949) 226-7040

LANE POWELL

By: */s/ Stephania C. Denton*  _____
David M. Schoeggl, WSBA #13638
Stephania C. Denton, WSBA #21920
1420 5th Ave, #4200
Seattle, WA 98111
Email: schoeggld@lanepowell.com;
dentons@lanepowell.com
*Attorneys for Defendant*
*Indian Harbor Insurance Company*

BRACEPOINT LAW, P.S.

By: */s/ Michael P. Hooks*_____
Michael P. Hooks, WSBA #24153
2775 Harbor Avenue SW, Suite D
Seattle, WA 98126-2138
Email: mhooks@bracepointlaw.com
*Attorneys for Defendant*
*Great Lakes Insurance, SE*

COLE, WATHEN, LEID & HALL, P.C.

By: */s/ Rory W. Leid, III*_____
Rory W. Leid, III, WSBA # 25075
Elyse O'Neill, WSBA #
1505 Westlake Ave. N., Ste. 700
Seattle, WA 98109-6243
Email: rleid@cwlhlaw.com
*Attorneys for Defendant*
*Great Lakes Insurance, SE*

## SIGNATURE ATTESTATION

I GailAnn Y. Stargardter, am an ECF user whose ID and password are being used to file this Stipulated Request. I attest that concurrence in the filing of this document has been obtain from the other signatories.

Dated: March 6, 2020

                                           */s/ GailAnn Y. Stargardter*
                                           Attorney for Defendant Atain
                                           Specialty Insurance Company

| | |
|---|---|
| 1 | **ORDER** |
| 2 | This matter having come before the Court on the Stipulation of the parties, above, and the |
| 3 | Court having considered the parties' Stipulation as the relevant pleadings and papers on file in |
| 4 | this action, |
| 5 | IT IS HEREBY ORDERED as follows: |
| 6 | 1.   The settlement between the Association and Atain is reasonable, including but not |
| 7 | limited to the settlement amount; |
| 8 | 2.   In order to protect the interests and rights of the Non-Settling Insurers in this |
| 9 | action[1] which have asserted a contribution claim against Atain or which in the future may have |
| 10 | asserted such a claim; the Court further orders as follows: |
| 11 | a.   Subject to applicable Washington law, the non-settling insurers are entitled |
| 12 | to seek an offset against Plaintiff up to the amount of the Two Million One Hundred |
| 13 | Thousand Dollars ($2,100,000) settlement against any amounts one or more non-settling |
| 14 | insurers may be deemed to owe to Plaintiff Canyon Estates Condominium Association in |
| 15 | this action in any post-judgment hearing before the Court; and |
| 16 | b.   Plaintiff Association is responsible and shall bear the burden for any shortfall |
| 17 | between the amounts paid by Atain and Atain's overall liability in excess of its $2,100,000 |
| 18 | settlement payment. |
| 19 | 3.   The Court orders that any and all claims for contribution, allocation, subrogation, |
| 20 | or equitable indemnity, as well as any other causes of action in connection with this litigation |
| 21 | against Atain are hereby barred. |
| 22 | 4.   Atain is dismissed from this action with prejudice, and each party to bear its own |
| 23 | costs. |
| 24 | DATED this 13th day of March, 2020. |

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

---

[1] Non-Settling Insurers means all insurers other than Atain.

STIPULATION AND ~~PROPOSED~~ ORDER
BARRING CLAIMS AND DISMISSING ATAIN         4
WITH PREJUDICE CASE NO. 2:18-cv-01761-RAJ

Mokri Vanis & Jones, LLP, 4100 Newport
Place Dr., Ste. 840, Newport Beach, CA 92660
(949) 226-7040