HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CANYON ESTATES CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATAIN SPECIALTY INSURANCE COMPANY; INDIAN HARBOR INSURANCE COMPANY; WESTCHESTER SURPLUS LINES INSURANCE COMPANY; and GREAT LAKES INSURANCE, SE,<br><br>Defendants. | NO. 2:18-cv-1761-RAJ<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

### **STIPULATION**

IT IS HEREBY STIPULATED by counsel for plaintiff Canyon Estates Condominium Association and remaining defendant Indian Harbor Insurance Company that all claims in this action shall be dismissed with prejudice and without an award of attorneys' fees or costs.

//

//

STIPULATION FOR AND ORDER OF
DISMISSAL - 1
(No. 2:18-cv-1761-RAJ)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

DATED this 12th day of November, 2021.

| ASHBAUGH BEAL | LANE POWELL PC |
|---|---|
| By s/ Jesse D. Miller<br>Jesse D. Miller, WSBA #35837<br>jmiller@ashbaughbeal.com<br>Zachary O. McIsaac, WSBA #35833<br>zmcisaac@ashbaughbeal.com<br>Attorneys for Plaintiff | By s/ Stephania C. Denton<br>David M. Schoeggl, WSBA #13638<br>schoeggld@lanepowell.com<br>Stephania C. Denton, WSBA #21920<br>dentons@lanepowell.com<br>Attorneys for Indian Harbor Ins. Co. |

### ORDER OF DISMISSAL

This matter came before the Court on the parties' stipulation for dismissal. On the basis of the parties' representations, the Court DISMISSES this action with prejudice and without costs or attorneys' fees.

DATED this 12th day of November, 2021.

_Richard A. Jones_
Judge Richard A. Jones
United States District Judge

STIPULATION FOR AND ORDER OF DISMISSAL - 2
(No. 2:18-cv-1761-RAJ)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400